IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GERALD WAYNE SNOW, JR., ) <br> ) <br> Defendant/Petitioner, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff/Respondent. ) | No. 12-CV-301-JHP |

## JUDGMENT

In accord with the Opinion and Order denying Petitioner's motion to vacate, set aside, or correct sentence, pursuant to 18 U.S.C. Section 2255, the Court hereby enters judgment in favor of the Respondent, United States of America, and against Petitioner, Gerald Wayne Snow, Jr.

IT IS SO ORDERED this 4th day of April, 2013.

James H. Payne
United States District Judge
Eastern District of Oklahoma

1